```
 1   PROBER & RAPHAEL, A LAW CORPORATION
     LEE S. RAPHAEL, ESQUIRE, #180030
 2   CASSANDRA J. RICHEY, ESQUIRE #155721
     DAVID F. MAKKABI, ESQUIRE #249825
 3   MELISSA VERMILLION, ESQUIRE #241354
     20750 Ventura Boulevard, Suite 100
 4   Woodland Hills, California 91364
     (818) 227-0100
 5   C.094-7085
     Attorneys for Movant
 6
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Bk. No. 2:09-bk-33387-SB |
| | ) | |
| MICHAEL FREED and DENISE FREED | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS, INC., its assignees and/or successors in interest, | ) ) ) ) ) | |
| | ) | Hearing: |
| Movant, | ) | Date: NO HEARING REQUIRED |
| vs. | ) | Time: |
| | ) | Place: U.S. Bankruptcy Court |
| MICHAEL FREED and DENISE FREED, | ) | 255 E. Temple Street |
| | ) | Los Angeles, California |
| Respondents. | ) | Courtroom: 1575 |
| | ) | Floor: 15th |
| | ) | |

**STIPULATION FOR RELIEF RE SECTION 362 STAY**
(COVER PAGE)

1

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Prober & Raphael, A Law Corporation**<br>**Lee S. Raphael, Esq.,  BAR ID: 180030**<br>**Cassandra J. Richey, Esq.,  BAR ID: 155721**<br>**David F. Makkabi, Esq., BAR ID: 249825**<br>**20750 Ventura Boulevard, Suite 100**<br>**Woodland Hills, California 91364**<br>**Telephone # (818) 227-0100**<br>**Fax #  (818) 227-0101**<br>**Email cmartin@pprlaw.net**<br>☐ *Individual appearing without counsel*<br>☒ *Attorney for: BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP fka Countrywide Home Loans, Inc. (C.094-7085)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Michael Freed and Denise Freed<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NO.: 2:09-bk-33387-SB<br>DATE: NO HEARING REQUIRED<br>TIME:<br>CTRM: 1575<br>FLOOR: 15th |
|---|---|

# ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
# UNDER 11 U.S.C. § 362 (Real Property)
# (MOVANT: <u>BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS, INC.</u>)

1. The Motion was:    ☐ Contested    ☐ Uncontested    ☒ Settled by stipulation

2. The Motion affects the following real property (the "Property"):

    *Street Address:*    **63-65 Avery Street**
    *Apartment/Suite No.:*
    *City, State, Zip Code:*    **Rochester, New York 14606-1901**

    Legal description or document recording number (including county of recording):

    ☐ See attached page.

3. The Motion is granted under:    ☐ 11 U.S.C. § 362(d)(1)    ☒ 11 U.S.C. § 362(d)(2)    ☐ 11 U.S.C. § 362(d)(3)
    ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
    a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
    b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c. ☒ Modified or conditioned as set forth in Exhibit __1__ to this Order.

5. ☐ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-1O.RP**

| In Re                              | (SHORT TITLE) |           | CHAPTER: | 11                |
|------------------------------------|---------------|-----------|----------|-------------------|
| Freed, Michael and Denise          |               | Debtor(s) | CASE NO: | 2:09-bk-33387-SB  |

6. ☐ Movant shall not conduct a foreclosure sale before the following date (*specify*):

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

    a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
    b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
    c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
    d. ☒ See attached continuation page for additional provisions.

Dated:

_____
UNITED STATES BANKRUPTCY JUDGE

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                              **F 4001-1O.RP**

| In Re | (SHORT TITLE) | | CHAPTER: | 11 |
|---|---|---|---|---|
| Freed, Michael and Denise | | Debtor(s) | CASE NO: | 2:09-bk-33387-SB |

# ADEQUATE PROTECTION ATTACHMENT
## (MOVANT: BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS, INC.)

*(This Attachment is the continuation page for Paragraph 7 of the Order on the Motion.)*

The stay shall remain in effect subject to the following terms and conditions:

1. ☐ The Debtor(s) tendered payments at the hearing in the amount of $_____.
2. ☐ The Debtor(s) shall make regular monthly payments in the amount of $_____ commencing _____.
   The amount of these payments may be subject to change under the terms of the parties' original agreements. All payments due Movant hereunder shall be paid to Movant at the following address:

   _____

   _____

   _____

   _____

3. ☐ The Debtor(s) shall cure the postpetition default computed through _____ in the sum of $_____ as follows:

   a. ☐ In equal monthly installments of $_____ each commencing _____ and continuing thereafter through and including _____,

   b. ☐ By paying the sum of $_____ on or before _____,

   c. ☐ By paying the sum of $_____ on or before _____,

   d. ☐ By paying the sum of $_____ on or before _____,

   e. ☐ Other:

4. ☐ The Debtor(s) shall maintain insurance coverage on the property and shall remain current on all taxes that fall due postpetition with regard to the property.

5. ☐ The Debtor(s) shall file a Disclosure Statement and Plan on or before *(specify date)*:
   Disclosure Statement shall be approved on or before *(specify date)*:
   The Plan shall be confirmed on or before *(specify date)*:

6. ☐ Upon any default in the foregoing terms and conditions, Movant shall serve written notice of default to Debtor(s), and any attorney for Debtor(s). If Debtor(s) fails to cure the default within 14 calendar days after mailing of such written notice:

   a. ☐ The stay shall automatically terminate without further notice, hearing or order.

   b. ☐ Movant may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the Court may grant without further notice or hearing.

   c. ☐ The Movant may move for relief from the stay upon shortened notice in accordance with Local Bankruptcy Rules.

   d. ☐ The Movant may move for relief from the stay on regular notice.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                               **F 4001-1O.RP**

| In Re (SHORT TITLE) | | CHAPTER: 11 |
|---|---|---|
| Freed, Michael and Denise | Debtor(s) | CASE NO: 2:09-bk-33387-SB |

7. ☐ Notwithstanding anything contained herein to the contrary, the Debtor(s) shall be entitled to a maximum of __3__ *(number)* notices of default and opportunities to cure pursuant to the preceding paragraph. Once a Debtor(s) has defaulted this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Movant shall be relieved of any obligation to serve additional notices of default and provide additional opportunities to cure. If an event of default occurs thereafter, Movant shall be entitled, without first serving a notice of default and providing the Debtor(s) with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failures to perform hereunder, together with a proposed order terminating the stay, which the Court may enter without further notice or hearing.

8. ☐ The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor(s).

9. ☐ If Movant obtains relief from stay based on Debtor's(s') defaults hereunder, the order granting that relief shall contain a waiver of the 14-day stay created by Federal Rule of Bankruptcy Procedure 4001(a)(3).

10. ☐ Movant may accept any and all payments made pursuant to this Order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

11. ☒ Other *(specify)*:

The Automatic Stay in the above-entitled Bankruptcy proceeding is immediately vacated and extinguished for all purposes as to Movant, its assignees and/or successors in interest, and Movant, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **63-65 Avery Street, Rochester, New York 14606-1901**, pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

Movant, or its agent, may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. The Movant, through its servicing agent, may contact the Debtors via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

Approved as to form and content:

/s/ David F. Makkabi
David F. Makkabi, Esq.
Attorney for Movant

*[signature]*
M. Jonathan Hayes, Esq.
Attorney for Debtors

Judge's Initials

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

F 4001-1O.RP

December 2009

| In Re                          | (SHORT TITLE) | | CHAPTER: | 11 |
|--------------------------------|---------------|---|----------|----|
| Freed, Michael and Denise      |               | Debtor(s) | CASE NO: | 2:09-bk-33387-SB |

## LEGAL DESCRIPTION EXHIBIT A

ALL THAT TRACT OR PARCEL OF LAND SITUATE IN THE CITY OF ROCHESTER, COUNTY OF MONROE AND STATE OF NEW YORK, KNOWN AND DESCRIBED AS LOT 6 AS SHOWN ON A MAP OF MICHELE GALA SUBDIVISION, FILED IN THE MONROE COUNTY CLERK'S OFFICE IN LIBER 64 OF MAPS, PAGE 13.

SAID LOT IS SITUATE ON THE WEST SIDE OF AVERY STREET AND IS OF THE DIMENSIONS AS SET FORTH ON SAID MAP AFFECTING SAID PREMISES.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-1O.RP**

| In Re | (SHORT TITLE) | | CHAPTER: | 11 |
|---|---|---|---|---|
| Freed, Michael and Denise | | Debtor(s) | CASE NO: | 2:09-bk-33387-SB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364

The foregoing document described STIPULATED ORDER ON MOTION FOR RELIEF FROM STAY (REAL PROPERTY) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 3/31/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/31/10 | Danielle Seth-Hunter | /s/ Danielle Seth-Hunter |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                   **F 4001-1O.RP**

| In Re (SHORT TITLE)<br>Freed, Michael and Denise | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s) | CASE NO: 2:09-bk-33387-SB |

**II. SERVED BY U.S. MAIL**

Honorable Samuel L. Bufford
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012-3332
JUDGE'S COPY

Michael Freed
3784 Wasatch Avenue
Los Angeles, CA 90066

Denise Freed
3784 Wasatch Avenue
Los Angeles, CA 90066
Debtors

M. Jonathan Hayes, Esquire
Law Office of M. Jonathan Hayes
9700 Reseda Boulevard, Suite 201
Northridge, Ca 91324
Debtors' Attorney

Russell Clementson, Esq.
725 S. Figueroa, Suite 2600
Los Angeles, CA 90017
Attorney for the U.S. Trustee

Prober & Raphael, A Law Corporation
Attorneys for Movant
P.O. Box 4365
Woodland Hills, CA 91365-4365

U.S. Trustee
Ernst & Young Plaza
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                              **F 4001-1O.RP**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re: Michael Freed, Denise Freed, Debtor(s)

Case No. _____
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Anna Levin<br>1115 19th Street, #2<br>Santa Monica, CA 90403 | Anna Levin<br>1115 19th Street, #2<br>Santa Monica, CA 90403 | Personal loan | | 7,500.00 |
| Bank of America<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170 | Bank of America<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170 | 1-3 Bardin,<br>Rochester, NY<br>IN FORECLOSURE | | 64,179.58<br>(0.00 secured) |
| Bank of America<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170 | Bank of America<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170 | 75-77 Avery Ave,<br>Rochester, NY<br>IN FORECLOSURE | | 35,279.38<br>(0.00 secured) |
| Berkman, Henoch, Peterson &<br>Peddy for Bank of America<br>100 Garden City Plaza<br>Garden City, NY 11530-2112 | Berkman, Henoch, Peterson &<br>Peddy for Bank of America<br>100 Garden City Plaza<br>Garden City, NY 11530-2112 | 63-65 Avery,<br>Rochester, NY<br>IN FORECLOSURE | | 36,000.00<br>(0.00 secured) |
| Citicard<br>P.O. Box 6401<br>The Lakes, NV 88901-6401 | Citicard<br>P.O. Box 6401<br>The Lakes, NV 88901-6401 | | | 18,156.60 |
| Faslo Solutions, LLC<br>for Indymac Bank<br>P.O. Box 202166<br>TX 75329-0001 | Faslo Solutions, LLC<br>for Indymac Bank<br>P.O. Box 202166<br>TX 75329-0001 | Home | | 245,620.11<br>(800,000.00 secured)<br>(807,919.40 senior lien) |
| Ford Credit<br>P.O. Box 790119<br>Saint Louis, MO 63179-0119 | Ford Credit<br>P.O. Box 790119<br>Saint Louis, MO 63179-0119 | Michael's Car | | 7,499.55<br>(0.00 secured) |
| Franchise Tax Board<br>P.O. Box 942867<br>Sacramento, CA 94267-0011 | Franchise Tax Board<br>P.O. Box 942867<br>Sacramento, CA 94267-0011 | | | 18,947.55 |
| Geraldine Nakatani<br>4918 Summit View Lane<br>Fair Oaks, CA 95628 | Geraldine Nakatani<br>4918 Summit View Lane<br>Fair Oaks, CA 95628 | Personal Loan | | 20,000.00 |
| Harris & Zide for CITIBANK<br>1445 Huntington Drive, Suite 300<br>South Pasadena, CA 91030 | Harris & Zide for CITIBANK<br>1445 Huntington Drive, Suite 300<br>South Pasadena, CA 91030 | Case # SC101046<br>File #459312 | | 29,842.78 |

B4 (Official Form 4) (12/07) - Cont.

In re  Michael Freed
       Denise Freed
       _____
                    Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Hunt & Henriques Attorneys at Law for CITIBANK 151 Bernal Road, Suite 8 San Jose, CA 95119-1306 | Hunt & Henriques Attorneys at Law for CITIBANK 151 Bernal Road, Suite 8 San Jose, CA 95119-1306 | Case # 08C01938 | | 12,747.94 |
| Indymac Mortgage Services P.O. Box 4045 Kalamazoo, MI 49003 | Indymac Mortgage Services P.O. Box 4045 Kalamazoo, MI 49003 | Home | | 807,919.40 (800,000.00 secured) |
| Lisa Kodmur 7002 Oakwood Ave. Los Angeles, CA 90036 | Lisa Kodmur 7002 Oakwood Ave. Los Angeles, CA 90036 | Personal loan | | 7,500.00 |
| O.J. Freed 4631 Alla Road #6 Marina Del Rey, CA 90292 | O.J. Freed 4631 Alla Road #6 Marina Del Rey, CA 90292 | Personal Loan | | 100,000.00 |
| Primary Financial Services for Wells Fargo Bank 3115 North 3rd Avenue, Suite 112 Phoenix, AZ 85013 | Primary Financial Services for Wells Fargo Bank 3115 North 3rd Avenue, Suite 112 Phoenix, AZ 85013 | Denise Freed, Inc. Acct. # 2305825353-18 | | 42,214.99 |
| Richard Rogg 510 20th Street Santa Monica, CA 90402 | Richard Rogg 510 20th Street Santa Monica, CA 90402 | Personal loan | | 45,000.00 |
| Rogers, MacLeith & Stolp, LLP for LVNV Funding, LLC ( Sears/Citibank) 10061 Talbert Avenue, Suite 300 Fountain Valley, CA 92708 | Rogers, MacLeith & Stolp, LLP for LVNV Funding, LLC ( Sears/Citibank) 10061 Talbert Avenue, Suite 300 Fountain Valley, CA 92708 | Case # 0902865 | | 14,219.23 |
| Shirley Kodmur 5810 Valley Oak Drive Los Angeles, CA 90068 | Shirley Kodmur 5810 Valley Oak Drive Los Angeles, CA 90068 | Personal loan | | 15,000.00 |
| U.S. Bank P.O. Box 068 Buffalo, NY 14240-0068 | U.S. Bank P.O. Box 068 Buffalo, NY 14240-0068 | Denise's Car | | 28,120.81 (0.00 secured) |
| Winn Law Group for DISCOVER BANK 110 E. Wilshire Ave., Suite 212 Fullerton, CA 92832-1109 | Winn Law Group for DISCOVER BANK 110 E. Wilshire Ave., Suite 212 Fullerton, CA 92832-1109 | File # 0832021-1-1SG Client # 3000-04 | | 12,210.92 |

B4 (Official Form 4) (12/07) - Cont.

In re  Michael Freed
       Denise Freed
       _____
                Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, Michael Freed and Denise Freed, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date  August 27, 2009          Signature  /s/ Michael Freed
                                          Michael Freed
                                          Debtor

Date  August 27, 2009          Signature  /s/ Denise Freed
                                          Denise Freed
                                          Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.