M. Jonathan Hayes (Bar No. 90388)
Roksana D. Moradi (Bar No. 266572)
**Law Offices of M. Jonathan Hayes**
9700 Reseda Blvd., Suite 201
Northridge, CA 91324
Telephone:  (818) 882-5600
Facsimile:  (818) 882-5610
jhayes@polarisnet.net
rdmlaw@ymail.com

Attorneys for Debtors
Michael and Denise Freed

FILED & ENTERED

AUG 13 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

CHANGES MADE BY COURT

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MICHAEL FREED AND DENISE FREED,<br><br>Debtors. | Case No. 2:09-bk-33387-SB<br><br>Chapter 11<br><br>**ORDER CONFIRMING DEBTORS' FIRST AMENDED PLAN OF REORGANIZATION**<br><br>Date:  July 13, 2010<br>Time:  2:00 p.m.<br>Place:  Courtroom 1575<br>         255 East Temple Street<br>         Los Angeles, CA 90012 |

   The hearing on confirmation of the Debtors and Debtors in Possession, Michael Freed and Denise Freed, ("Debtors") came on regularly for hearing on July 13, 2010, before the Honorable Samuel Bufford, United States Bankruptcy Judge.  M. Jonathan Hayes appeared on behalf of the Debtor.  Other appearances are noted in the record.

   Upon consideration of the Debtors' Plan Confirmation Memorandum, the declarations and evidence submitted in connection therewith, the record in Debtors'

1

**ORDER CONFIRMING CHAPTER 11 PLAN**

1  Chapter 11 case, the arguments and representations of counsel, and there being no written

2  objections, and good cause appearing therefore, the court finds;

3

4       1. That the requirements for confirmation set forth in 11 U.S.C. §

5  1129(a) and (b) have been satisfied;

6       2. That the Plan complies with the applicable provisions of Chapter 11

7  of the Code;

8       3. That the Debtors, as proponent of the Plan, have complied with the

9  applicable provisions of the Code;

10       4. That the Plan has been proposed in good faith and not by any means

11  forbidden by law;

12       5. (a)  That any payment made or promised by the Debtors for services

13  or for costs and expenses in, or in connection with the case or in connection with the Plan

14  and incident to the case, have been disclosed to the Court; and

15       (b)  Any such payment made before confirmation of the Plan is

16  reasonable or if such payment is to be fixed after confirmation of the Plan, such payment is

17  subject to the approval of the Court as reasonable;

18       6. That with respect to each class, each holder of a claim or interest of

19  such class has accepted the Plan or will receive or retain under the Plan on account of such

20  claim or interest property of value, as of the effective date of the Plan, that is not less than

21  the amount that such holder would so receive or retain if the Debtors were liquidated under

22  Chapter 7;

23       7. That with respect to each class, such class has accepted the Plan or

24  such class is not impaired under the Plan;

25       8. That as to any class that has not accepted the Plan and is impaired, all

26  the elements of Section 1129(b) have been met;

27       9. That, except to the extent that the holder of a particular claim has

28  agreed to a different treatment of such claim, the Plan provides that:

**LAW OFFICES**
M. Jonathan Hayes
9700 Reseda Blvd. Suite 201
Northridge, CA 91324

**ORDER CONFIRMING CHAPTER 11 PLAN**

1        (a) With respect to claim of a kind specified in sections 507(a)(1) of Code, on the effective date of the Plan, the holder of such claim will receive on account of such claim cash equal to the allowed amount of such claim or has agreed to treatment otherwise;

        10. That at least one class of claims has accepted the Plan, determined without including any acceptance of the Plan by an insider holding an claim of such class;

        11. That Confirmation of the Plan is not likely to be followed by the liquidation or the need for further financial reorganization of the Debtors or any successor to the Debtors under the Plan, unless such liquidation or reorganization is proposed in the Plan;

        IT IS ORDERED that:

1.     The First Amended Plan of Reorganization filed by the Debtors is hereby confirmed and approved by this Court.

2.     The Debtors will not receive a discharge until the Court, on motion to reopen the case and enter the discharge is filed by the Debtors and upon notice to all creditors, grants the Debtors a discharge, under 11 U.S.C. 1141(d)(5). Such motion may be made on completion of the payments to unsecured creditors set forth in Class 4 of the First Amended Plan of Reorganization.

3.     The Debtors shall distribute all property to be distributed pursuant to the terms of the Plan. The Debtors may employ or contract with other entities to assist in or to perform the distribution of said property as provided for in the Plan.

4.     Upon the substantial consummation of the Plan, the Debtors shall file an Application for a Final Decree as required by Federal Rule of Bankruptcy Procedure 3022.

3

**LAW OFFICES**
M. Jonathan Hayes
9700 Reseda Blvd. Suite 201
Northridge, CA 91324

**ORDER CONFIRMING CHAPTER 11 PLAN**

5. This Court shall retain jurisdiction to the fullest extent allowed by law.

6. Consistent with the provisions of the Plan, the Effective Date, as defined in the Plan, shall be the 11th day following the entry of this Order.

###

DATED: August 13, 2010

_____
United States Bankruptcy Judge

4

**LAW OFFICES**
M. Jonathan Hayes
9700 Reseda Blvd. Suite 201
Northridge, CA 91324

**ORDER CONFIRMING CHAPTER 11 PLAN**

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 9700 Reseda Blvd., Suite 201, Northridge, CA 91324

A true and correct copy of the foregoing document described as **ORDER CONFIRMING DEBTORS' FIRST AMENDED PLAN OF REORGANIZATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **08/10/2010** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On **08/10/2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**Hon. Samuel L. Bufford**
US Bankruptcy Court
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **08/10/2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **08/10/2010** | **Roksana D. Moradi** | **/s/ Roksana D. Moradi** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**LAW OFFICES**
M. Jonathan Hayes
9700 Reseda Blvd. Suite 201
Northridge, CA 91324

***NOTE TO USERS OF THIS FORM***:
*1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.*
*2) The title of the judgment or order and all service information must be filled in by the party lodging the order.*
*3) Category I. below:  The United States trustee and case trustee (if any) will always be in this category.*
*4) Category II. below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.*

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER CONFIRMING DEBTORS' FIRST AMENDED PLAN OF REORGANIZATION** was entered on the date indicated as *"ENTERED"* on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **08/10/2010** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

- **Russell Clementson**    russell.clementson@usdoj.gov
- **M Jonathan Hayes**    jhayes@polarisnet.net
- **David F Makkabi**    cmartin@pprlaw.net
- **Cassandra J Richey**    cmartin@pprlaw.net
- **Ramesh Singh**    claims@recoverycorp.com
- **Michael W Tan**    michael.w.tan@irscounsel.treas.gov
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Darlene C Vigil**    cdcaecf@bdfgroup.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an *"ENTERED"* stamp, the party lodging the judgment or order will serve a complete copy bearing an *"ENTERED"* stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

6

**LAW OFFICES**
M. Jonathan Hayes
9700 Reseda Blvd. Suite 201
Northridge, CA 91324

**ORDER CONFIRMING CHAPTER 11 PLAN**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LAW OFFICES**
M. Jonathan Hayes
9700 Reseda Blvd. Suite 201
Northridge, CA 91324

**ORDER CONFIRMING CHAPTER 11 PLAN**